IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-404-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**2.**    **BRANDON T. SER VOSS,**

        Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

    This matter is before the court on Defendant's Notice of Disposition (doc. #30), filed May 21, 2009. It is

    **ORDERED** that a **Change of Plea Hearing** is set for **July 10, 2009 at 2:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on July 8, 2009. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing. It is

    **FURTHER ORDERED** that the Status Conference scheduled for June 19, 2009, is **VACATED** at to this defendant only.

---

Dated: May 26, 2009