IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-404-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**2.**    **BRANDON T. SER VOSS,**

        Defendant.

**MINUTE ORDER**
*(Changing Time of Sentencing Hearing)*

Judge John L. Kane **ORDERS**

The time of the Sentencing Hearing set for September 30, 2009 is changed from 4:00 p.m. to **1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: September 24, 2009