**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Kara Spitler<br>Probation Officer: Laura Ansart | Date: September 30, 2009 |

Criminal Action No.: 08-cr-00404-JLK-2

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Jaime a. Pena |
|     Plaintiff, | |
| v. | |
| 2.    BRANDON T. SER VOSS, | Lisa F. Moses |
|     Defendant. | |

### SENTENCING MINUTES

**1:37 p.m.     Court in session.**

Court calls case.  Defendant present on bond.  Counsel present.

**Change of Plea Hearing: July 10, 2009**

**Defendant plead guilty to Count One of the Indictment.**

Preliminary remarks by the Court.

**ORDERED:** Motion to Dismiss Counts 2-42 Of The Original Indictment (Filed 9/15/09; Doc. No. 37) is GRANTED.

**ORDERED:** Government's 5K1.1 Motion For Downward Departure Based on Substantial Assistance (Filed 9/15/09; Doc. No. 38) is GRANTED.

Parties received and reviewed the presentence report.

*08-cr-00404-JLK-2*
*Sentencing*
*September 30, 2009*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to Count One to probation for a term of **5 years**.

**Conditions of probation:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall, as a condition of probation, pay any restitution that remains unpaid at the commencement of the term of probation in accordance with the schedule of payments set forth in the judgment.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of probation:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Defendant shall pay restitution in the total amount of **$353,445.46**, payable in monthly installments of at least $200.00, to the victims and in the amounts indicated in the presentence report.

Defendant shall pay restitution jointly and severally with any other order of restitution for the co-defendant, Barney T. Lyles, Criminal Case No. 08-cr-00404-JLK-1.

Interest is waived.

*08-cr-00404-JLK-2*
*Sentencing*
*September 30, 2009*

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Bond is discharged.

**1:56 a.m.     Court in recess.**
Hearing concluded.
Total in-court time: 19 minutes